# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| RICHARD KERR, | Civil No. 10-1722 (RHK/AJB) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

_____

Pursuant to the Stipulation to Dismiss with Prejudice (Doc. No. 11), which Stipulation is incorporated herein by reference, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees, costs, and disbursements. This dismissal shall not have any effect on any right that Medicare may have with respect to Plaintiff.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 19, 2011

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge